Robert G. French, SBN 110435
**LAW OFFICES OF ROBERT G. FRENCH**
27951 Smyth Drive, Suite 101
Valencia, California 91355-4049
661 645-1609   Telephone
661 554-0144   Facsimile
*frenchlaw@gmail.com*

Attorneys for Debtor James Termini

**UNITIED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFRNIA – SAN FERNANDO DIVISION**

| In re: | **Case No. 1:13-bk-11909-AA**<br>Chapter 13 |
|---|---|
| **JAMES ROBERT TERMINI,** | DECLARATION OF FELICIA TERMINI RE PAYMENTS TO DEBTOR |
| Debtor. | |

I, FELICIA TERMINI, am an individual adult residing within the County of Los Angeles, California, and am competent to make this Declaration.  All of the facts set forth herein are based on my personal knowledge, except those facts stated upon information and belief, and, as to those facts, I believe them to be true.  If called upon, I could and would competently testify thereto if called upon to do so.

I am the adult daughter of the Debtor herein, JAMES TERMINI. My daughter and I now reside with Debtor in his residence. We pay rent sufficient to allow Debtor to meet his Trustee payment monthly. Said

amount is $4,778.00 per month.  My recent paystubs are attached hereto as Exhibits A1 – A3 to verify that my income is sufficient to meet this obligation.  It is my current intention to continue in this until my father's Plan is completed.

Executed at Northridge California on September 11, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ *FELICIA TERMINI*
FELICIA TERMINI

| | |
|---|---|
| **PERSONAL AND CHECK INFORMATION** | **EARNINGS** |
| Felicia A Termini | |
| 9205 Alcoa Ave | |
| Northridge, CA 91325 | |

**PERSONAL AND CHECK INFORMATION**
Felicia A Termini
9205 Alcoa Ave
Northridge, CA 91325

Soc Sec #: xxx-xx-xxxx   Employee ID: 45
Home Department: 100 000100

Pay Period: 08/21/13 to 09/03/13
Check Date: 09/06/13   Check #: 4213

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 919.21 | 3688.73 |
| Chkg 1547 | 0.00 | 12910.38 |
| **NET PAY** | **919.21** | **16599.11** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 76.50 | | 1300.50 | 1370.75 | 23302.75 |
| **EARNINGS** | 76.50 | | 1300.50 | 1370.75 | 23302.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 80.63 | 1444.77 |
| Medicare | | 18.86 | 337.89 |
| Fed Income Tax | S 2 | 120.22 | 2147.99 |
| CA Income Tax | B 0 2 | 25.57 | 457.93 |
| CA Disability | | 13.01 | 233.06 |
| **TOTAL** | | **258.29** | **4621.64** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Ee Med Ben | 123.00 | 2082.00 |
| **TOTAL** | **123.00** | **2082.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 919.21 | 16599.11 |

0089 0089-1711  Friedel & Cunningham Ma CCC-A • 17231 Knapp St • Northridge CA 91325 • (818) 341-5407

*this is bi-weekly*

*about 1850-1900 per month*

**EXHIBIT A-1**



handwritten: this is bi-weekly

handwritten: about $632 per month

**EXHIBIT A-2**

| INVOICE DATE | INVOICE NUMBER | * | DISCOUNT TAKEN | NET AMOUNT | PO/REFERENCE | DESCRIPTION OF PAYMENT |
|---|---|---|---|---|---|---|
| 08/29/13 | 1308291121 08190 | | | 3,036.00 | | Anesthesia Resident Training(S.P.)-June |

0422844-500 TERMINI, FELICIA $3,036.00

* CORRECTION CODES :
1) California State Sales or Use Tax deducted:
 a) Purchase is for resale in this instance. Permit number for the Irvine Campus is SR EA 24-141560
 b) Title remains with the government
2) California State Sales or Use Tax added. Purchase is not for resale.
3) Arithmetical error on invoice has been corrected.
4) Transportation charge has been deducted. Purchase order quoted FOB destination.
5) Transportation charge has been deducted. Copy of freight bill was not furnished as required by terms of purchase order. Reference purchase order number on copy of freight bill and submit for payment.
6) Other corrections see attached.

2988323

**EXHIBIT A-3**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert G. French, SBN 110435<br>LAW OFFICES OF ROBERT G. FRENCH<br>27951 Smyth Drive, Suite 101<br>Valencia, California 91355<br>(661) 645-1609 Telephone<br>(661) 554-0144 Fax<br><br>☒ Attorney for: James R. Termini | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>JAMES ROBERT TERMINI<br><br>Debtor(s). | CASE NO.: 1:13-bk-11909-AA<br>CHAPTER: 13<br>ADV. NO. |
|---|---|

**ELECTRONIC FILING DECLARATION
(INDIVIDUAL)**

☐ Petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Other: Declaration     Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____     9/11/13
Signature of Signing Party     Date
FELICIA TERMINI
Printed Name of Signing Party

_____     _____
Signature of Joint Debtor (if applicable)     Date
N/A
Printed Name of Joint Debtor (if applicable)

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____     9-11-13
Signature of Attorney for Signing Party     Date
ROBERT G. FRENCH
Printed Name of Attorney for Signing Party

November 2006     This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

-6-
DECLARATION OF FELICIA TERMINI RE PAYMENTS TO DEBTOR     In re Termini, Case No. 1:13-bk-11909-AA